IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00372-REB-MEH

NOREEN ROMERO,

     Plaintiff,

v.

NATIONWIDE RECOVER SYSTEMS, LTD, d/b/a NRS,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2013.**

     Plaintiff's Unopposed Motion for Stay of Proceedings [filed May 7, 2013; docket #10] is **granted in part and denied in part**. The Scheduling Conference currently set for May 28, 2013 is **converted** to a Status Conference to be held in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel for the parties shall be prepared to discuss the status of negotiations between the parties.

     Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.